# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BARRAGAN,<br><br>            Petitioner,<br><br>    vs.<br><br>NEIL ADLER,<br><br>            Respondent. | 1:08-cv-00054 AWI WMW (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   February 26, 2008             /s/ William M. Wunderlich
                                       UNITED STATES MAGISTRATE JUDGE